PER CURIAM.
Affirmed. § 48.193(l)(a), Fla.Stat. (1991); See Burger King Corp. v. Rudzewicz, 471 U.S. 462, 472, 105 S.Ct. 2174, 2181, 85 L.Ed.2d 528, 540 (1985); Flynt Distrib. Co. v. Harvey, 734 F.2d 1389 (9th Cir.1984); Duke v. Young, 496 So.2d 37 (Ala.1986); Doe v. Thompson, 620 So.2d 1004, 1006 n. 1 (Fla.1993) and cases collected; Venetian Salami Co. v. Parthenais, 554 So.2d 499 (Fla.1989); *327 Martin v. Ju-li Corp., 332 N.W.2d 871 (Iowa 1983).